STATE OF MINNESOTA )
) ss. AFFIDAVIT OF KYLIE WILLIAMSON
COUNTY OF RAMSEY )

1. I am employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), and am thus an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code. I have been employed as a Special Agent by the ATF since August of 2007. Prior to that, I was employed by ATF for two years as an Industry Operations Investigator.

2. I am currently assigned to the Saint Paul Field Office. In my capacity as a Special Agent with the ATF, I have participated in numerous criminal investigations of individuals and entities related to violations of Federal Laws, particularly those under Titles 18 and 21 of the United States Code. I have received on-going training related to criminal investigations, gang investigations, drug trafficking, money laundering, undercover operations, Title III wiretaps, as well as electronic and physical surveillance procedures. I work with various law enforcement agencies and drug task forces throughout the state of Minnesota and have supervised, led, and/or otherwise been a part of hundreds of arrests and search warrants during my years as a law enforcement officer.

3. This affidavit is submitted for the limited purpose of establishing probable cause in support of issuing a complaint and arrest warrant for

Charles Kenneth REDDING (a/k/a Charles Kennith REDDING; a/k/a Charles Kenneth Augustus REDDING) for possession of a firearm by a felon in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

4. This affidavit is based on my personal knowledge, as well as information I have learned from other law enforcement officers and the review of reports, written materials, and recordings. This affidavit does not include all the details I have learned regarding this investigation. Rather, it only includes information believed to be sufficient to establish probable cause.

## PROBABLE CAUSE

5. On July 20, 2022, at approximately 6:23 p.m., officers of the St. Paul Police Department responded to a report of shots fired in the area of 6th Street East and White Bear Avenue, in the city of St. Paul, Minnesota. Multiple witnesses called 9-1-1 and reported that there had been a vehicle accident after a black sedan was seen chasing a red Ford SUV. Witnesses described seeing a thin, black male, 5'10" to 6' tall, approximately 30 years old, wearing a white shirt and dark pants exit the black sedan and fire a gun before fleeing the area between two houses.

6. When Officers arrived on scene, they observed the black sedan and made contact with a female, M.M., who was associated with the vehicle. M.M. advised that the incident was a hit and run and denied that a male had been in her car or that any shots were fired.

7. Another witness, K.S., approached officers and appeared to be anxious. As K.S. was providing information about the male firing the gun, M.M. denied what K.S. was saying and told officers that she (M.M.) did not know why K.S. was lying.

8. Officers separated M.M. and K.S.

9. K.S. told officers that he/she had been outside when he/she heard a loud noise and observed the crash. K.S. then saw a black male with a thin build wearing a white t-shirt, standing at 6th St. East and White Bear Ave, holding a long gun. The male fired one round before running west on 6th St. and firing another round. K.S.'s husband observed the male run south between 1766 and 1770 6th St.

10. As K.S. was speaking to officers, approximately four to six additional neighbors approached officers and provided information consistent with K.S.'s version of the incident. Witnesses added that the suspect was bald or had very short hair, and that he had exited from the driver's side of M.M.'s black sedan.

11. At approximately 6:35 p.m., another witness approached officers and told them that a male was in the alley between 5th Street and 6th Street walking toward Flandrau Street and had just put something in a recycling bin.

12. Officers went into the alley and, at approximately 6:36 p.m., observed a male, later identified as REDDING, who matched the suspect's

3

description. Officers saw REDDING open a trash or recycling bin and started to approach him. When REDDING noticed the officers approaching from the East, he began to walk westbound in the alley toward Flandrau Street.

13.  An assisting SPPD Officer had pulled into the alley from the West end. That Officer observed REDDING walking toward him, sweating and on the phone. The Officer ordered REDDING to the ground at which point REDDING fled northbound between houses, toward 6th Street East.

14.  Officers pursued REDDING on foot and took REDDING into custody without incident at approximately 6:37 p.m. in the park just west of Flandrau Street.

15.  At approximately 6:38 p.m., officers located a firearm in the recycling bin in the alley behind 1754 6th Street East.

16.  The firearm recovered from the recycling bin a Century Arms Centurion 39 Sporter, 7.62 x 39 caliber firearm bearing serial number 39NC04892. The firearm was loaded with a high-capacity magazine inserted, which appeared to have malfunctioned.



[Above: Evidence Photograph of Recovered Century Arms Centurion 39 Sporter, 7.62 x 39 caliber Firearm Bearing SN: 39NC04892]

17. Officers transported REDDING to the Ramsey County Jail, where he was booked on several charges, including possession of a firearm by an ineligible person.

18. Officers attempted to conduct a post-*Miranda* interview with REDDING, but he did not wish to speak with police.

19. On July 22, 2022, REDDING was charged in Ramsey County with possession of a firearm by an ineligible person, possession of ammunition by an ineligible person, and dangerous weapons – drive-by shooting.

20. I have consulted with an ATF Interstate Nexus Expert, who has made a preliminary determination that the Century Arms Centurion 39

5

Sporter, 7.62 x 39 caliber firearm bearing serial number 39NC04892 was not manufactured in the State of Minnesota. As a result, the firearm had to travel in interstate and/or foreign commerce prior to arriving in the State and District of Minnesota on July 20, 2022.

21. I have researched certain available criminal history records for REDDING. Based on my review of those records, I believe that REDDING had at least the following felony conviction prior to July 20, 2022, which was punishable by a term of imprisonment exceeding one year:

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Aid/Abet 1st Degree Aggravated Assault | Ramsey County, MN | May 1, 2015 |

22. I note that these records indicated that REDDING served a prior sentence of more than one year imprisonment for an individual conviction, and therefore knew he had been convicted of at least one offense punishable by imprisonment for a term exceeding one year. In addition, REDDING has three additional cases pending where he has been charged with possession of a firearm by an ineligible person. Two of those cases were charged in Ramsey County prior to July 20, 2022.

23. Based on the information set forth above, there is probable cause to believe that Charles Kenneth REDDING (a/k/a Charles Kennith REDDING; a/k/a Charles Kenneth Augustus REDDING) violated Title 18, United States

6

Code, Sections 922(g)(1) and 924(a)(8), by possessing in and affecting interstate commerce a firearm after having been convicted of at least one offense punishable by imprisonment for a term exceeding one year.

Further your Affiant sayeth not.

_____
Kylie Williamson
Special Agent, ATF

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime and
email pursuant to Fed. R. Crim. P. 41(d)(3) on
September 6, 2022:

_____
HON. TONY N. LEUNG
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MINNESOTA