UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
                    Plaintiff,

v.

CHARLES KENNETH REDDING,

                    Defendant,

UNDER SEAL

Criminal No. 22-mj-741

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X )Ad Prosequendum    (  )Ad Testificandum

Name of Detainee:  Charles Kenneth Redding
Detained at (custodian):  RAMSEY COUNTY JAIL

The government is requesting the **investigating agency** to transport detainee.

Detainee is:  a.)  (X) charged in this district by:  Complaint
                        Charging Detainee With:  Felon in Possession of a Firearm
    or  b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)  ( ) return to the custody of detaining facility upon termination of this proceeding
    or  b.)  ( X ) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on September 7, 2022 at 1:30 p.m. in the courtroom of The Honorable Tony N. Leung.

Dated:  September 6, 2022

*Emily Polachek* (signature)
EMILY A. POLACHEK, AUSA

## WRIT OF HABEAS CORPUS

    (X )Ad Prosequendum    (  )Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

September 6, 2022                                  *Tony N. Leung* (signature)
Date                                                    UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| A.K.A.(s) (if applicable): | Charles Kennith Redding; Charles Kenneth Augustus Redding | Gender: | Male |
| Booking or Fed. Reg.#: | | DOB: | xx/xx/1997 |
| Facility Address: | 425 Grove Street | Race: | African-American |
| | St. Paul, MN 55101 | FBI #: | 765718XD2 |
| Facility Phone: | 651-266-9350 | | |
| Currently Incarcerated For: | | | |

### RETURN OF SERVICE

Executed on _____ by _____  _____
(Signature)